IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONNA LACKAS, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | **WITH JURY TRIAL REQUESTED IN** |
| MADISON COUNTY SCHOOL | ) | **LINCOLN, NEBRASKA** |
| DISTRICT 0002 d/b/a NORFOLK | ) | |
| PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA:

Defendant Madison County School District d/b/a Norfolk Public Schools ("Defendant"), pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, hereby give notice of removal of this action to the United States District Court for District of Nebraska. As grounds for this removal, the Defendant states as follows:

## FACTUAL BACKGROUND

1.    On or about October 3, 2018, Plaintiff filed her Complaint against Defendant in the District Court of Madison County, Nebraska with a Civil Summons issued by the District Court of Madison County on that same date. A return of service was filed with the Court on October 15, 2018 documenting service of the Defendant by certified mail on October 9, 2018.

2.    As required by 28 U.S.C. § 1446(a), attached hereto collectively as "Exhibit A" and incorporated herein by this reference are copies of the Complaint and Praecipe, and Summons, served upon Defendant which constitute all of the process, pleadings, and orders served upon Defendant in this case to date. Attached hereto collectively as "Exhibit B" and incorporated herein by this reference is a copy of the Return of Service of the Complaint on Defendant dated October 9, 2018.

3.    In her Complaint, Plaintiff alleges claims pursuant to the Nebraska Fair Employment Practices Act (NFEPA), Neb. Rev. Stat. §48-1101 *et seq.,* and Title VII of the Civil

Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* (Title VII). Plaintiff seeks damages against the Defendant.

### THIS COURT HAS SUBJECT MATTER JURISDICTION UNDER § 1331 and § 1367

4.     This case is properly removable because the Complaint could have originally been filed in this Court pursuant to 28 U.S.C. §1331 because it alleges questions of federal law. The Plaintiff alleges claims for relief pursuant to the Nebraska Fair Employment Practices Act, Neb. Rev. Stat. §48-1101, et seq. (NFEPA) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000, et seq. (Title VII). Pursuant to 28 U.S.C. §1367, the Court has jurisdiction of the state law claims the Plaintiff alleges under the NFEPA because those claims are so related to the claims alleged under federal law such that they form part of the same case or controversy.

5.     Defendant Madison School District 0002 d/b/a Norfolk Public Schools is a public school district and political subdivision of the State of Nebraska, and is located in Madison County, Nebraska.

6.     Plaintiff is a resident of Madison County, Nebraska.

**A.     Removal to this District is Proper**

7.     Pursuant to the provisions of 28 U.S.C. § 1441(a), the United States District Court for the District of Nebraska is the federal district court embracing the place where the state court action is currently pending.

**B.     The Petition for Removal is Timely**

8.     This Notice is timely filed within 30 days of service of Plaintiff's Complaint on Defendant. 28 U.S.C. §1446(b). Plaintiffs Complaint was filed and summons were issued to the Defendants on October 3, 2018. The Defendant was served with the Complaint on October 9, 2018. Not more than 30 days have elapsed since the Defendant was served with the Complaint.

**D.     Notice of Petition of Removal**

9.     Defendant will promptly provide Plaintiff with written notice of the filing of this Notice of Removal and will promptly file a copy of this Notice with the Clerk of the District Court of Madison County, Nebraska.

**E.**     **Reservation of Rights**

10.     Defendant reserves all rights, including defenses, and objections to this action, including defenses and objections as to the appropriate forum, jurisdiction, and service. The filing of this notice of removal is subject to and does not waive, any such defenses and objections. Defendants further reserve the right to amend or supplement this notice of removal.

**JURY REQUEST AND PLACE OF TRIAL**

11.     The Defendant requests that this action be tried by jury, and that the trial be held in Lincoln, Nebraska.

WHEREFORE, Defendant, having removed the case now pending in the District Court of Madison County, Nebraska, No. CI 18-428, respectfully requests that this case proceed with adjudication before this Honorable Court as though Plaintiff had originally filed it in this Court.

MADISON COUNTY SCHOOL DISTRICT 0002
d/b/a NORFOLK PUBLIC SCHOOLS, Defendant,

By:     Baylor Evnen, LLP
        Wells Fargo Center
        1248 O St., Ste. 600
        Lincoln, NE  68508-1499
        (402) 475-1075
        tgerdes@baylorevnen.com

By:     **/s/ Torrey J. Gerdes_____**
        Torrey J. Gerdes, # 23924

**CERTIFICATE OF SERVICE**

I hereby do certify that I am one of the attorneys of record for the Defendant and that on November 8, 2018, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Thomas P. McCarty
Keating, O'Gara, Nedved, & Peter, P.C., L.L.O.
tmccarty@keatinglaw.com
*Attorney for the Plaintiff*

**/s/ Torrey J. Gerdes**_____
Torrey J. Gerdes, # 23924