IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA LACKAS,<br><br>               Plaintiff,<br><br>vs.<br><br>MADISON COUNTY SCHOOL DISTRICT 0002,<br><br>               Defendant. | **4:18CV3155**<br><br>**FINAL AMENDED PROGRESSION ORDER** |

The Parties' joint motion (Filing No. 14) is granted, and IT IS ORDERED that the final progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, a 9:00 a.m. on **June 15, 2020**, or as soon thereafter as the case may be called, for a duration of three (3) trial days. This case is subject to the prior trial of criminal cases and other civil cases that may be scheduled for trial before this one.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **June 2, 2020** at **9:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on May 29, 2020.

3) A telephonic conference to discuss the status of case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **December 17, 2019** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for serving initial mandatory disclosures under Rule 26(a)(1) is May 1, 2019.

5) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is December 2, 2019. Motions to compel discovery under Rules 33, 34, and 36 must be filed by December 16, 2019
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

6) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

      For the plaintiff(s):      June 3, 2019.

      For the defendant(s):      June 3, 2019.

7) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

      For the plaintiff(s):      August 1, 2019.

      For the defendant(s):      August 1, 2019.

8) The deposition deadline is January 16, 2020.

9) The deadline for filing motions to dismiss and motions for summary judgment is March 2, 2020.

10) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 3, 2019.

11) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

12) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

13) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of March, 2019.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge