IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONNA LACKAS,<br><br>          Plaintiff,<br><br>vs.<br><br>MADISON COUNTY SCHOOL DISTRICT 0002,<br><br>          Defendant. | **4:18CV3155**<br><br>**ORDER** |

The parties are currently engaged is settlement discussions.

Accordingly,

IT IS ORDERED: On or before August 1, 2019, the parties shall either file a joint stipulation for dismissal of this case, or a motion and proposal for setting a case progression schedule to trial.

July 1, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge